## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

DEREK MAURICE PARKS, SR.  PLAINTIFF
ADC #128186

v.                          NO. 2:11CV00199 JLH/HDY

CORIZON INC.  DEFENDANT

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. The motion to dismiss filed by Defendant Corizon Inc. is GRANTED (docket entry #6), Plaintiff's claims against Corizon Inc. are DISMISSED WITH PREJUDICE, and the name of Corizon Inc. is removed as a party Defendant.

2. Plaintiff's motion to amend (docket entry #11) is GRANTED, and the Clerk is directed to file docket entry #11-1 as Plaintiff's amended complaint, and to add as Defendants Jones and Doe.

3. Service is appropriate for Defendant Jones, and the United States Marshal is directed to serve a copy of the complaint (docket entry #2), amended complaint (docket entry #11-1), this order, and summons, upon Jones, without prepayment of fees and costs or security therefor.

DATED this 10th day of January, 2012.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE