**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

DEREK MAURICE PARKS, SR.                                                                    PLAINTIFF
ADC #128186

V.                                        NO: 2:11CV00199 JLH/HDY

CORIZON, INC.                                                                                    DEFENDANT
f/k/a Correctional Medical Services, Inc.

**ORDER**

    The Clerk is directed to change the style of the case to reflect the correct names of Defendants Denise Strickland, Renee Reese, Traci Ford, and Alisha Bell, as set forth in their motion to dismiss (docket entry #29).

    IT IS SO ORDERED this  13  day of February, 2012.

_____
UNITED STATES MAGISTRATE JUDGE