# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

DEREK MAURICE PARKS, SR.                                                   PLAINTIFF
ADC #128186

V.                             NO: 2:11CV00199 JLH/HDY

CORIZON, INC.                                                          DEFENDANT
f/k/a Correctional Medical Services, Inc.

## ORDER

Plaintiff filed an amended complaint on January 23, 2012, and service was ordered. On February 10, 2012, the summons was returned unexecuted as to Defendants Reed and Christopher Loe (docket entries #34 & #35).[1] Service had been attempted in the care of counsel for the prison's medical contractor, but Reed was unable to be identified, and Loe is not a current employee of the contractor, so service could not be accepted. However, counsel provided and filed under seal Loe's last known address. Accordingly, service for Loe will be attempted at the addresses provided. Plaintiff is directed to provide Reed's correct full name so that service may again be attempted. Plaintiff's failure to provide Reed's name within 30 days will result in the recommended dismissal of his claims against Reed.

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to change the style of the case to reflect the correct name of Defendant Christopher Loe, as set forth in counsel's letter (docket entry #35).

2. Plaintiff is directed to provide, no later than 30 days after the entry of this order, a

---

[1] Counsel for the contractor provided correct name Loe (docket entry #35).

correct full name for the Defendant he has identified as Reed.  Plaintiff's failure to do so will result in the recommended dismissal of his claims against Reed.

3. The last known address of Loe shall not be made part of any public record.

4. The Clerk of the Court shall prepare a summons for Loe, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (docket entry #2), amended complaint (docket entry #17), and this order, on Loe, at the addresses provided under seal, without prepayment of fees and costs or security therefor.

5. Upon re-issuance of the summons and complaint, the United States Marshal is hereby directed to send Plaintiff's copy of process to the Clerk of the Court, who shall then remove Loe's address prior to forwarding a copy to Plaintiff.

DATED this   13   day of February, 2012.

*[signature]*

UNITED STATES MAGISTRATE JUDGE