# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

DEREK MAURICE PARKS, SR.                                        PLAINTIFF
ADC #128186

V.                                    NO. 2:11CV00199 JLH/HDY

CORIZON INC., *et al.*                                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. The plaintiff, Derek M. Parks, Sr., filed a "motion for summary judgment" that was docketed as an objection to the report and recommendation. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the motion to dismiss filed by defendants Denise Strickland, Renee Reese, Traci Ford, and Alisha Bell is DENIED. Document #29.

After careful consideration, the motion fo summary judgment filed by Derek M. Parks, Sr., is DENIED. Document #48.

DATED this 14th day of May, 2012.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE