### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### HELENA DIVISION

DEREK MAURICE PARKS, SR.     PLAINTIFF
ADC #128186

v.     NO. 2:11CV00199 JLH/HDY

CORIZON INC., *et al.*     DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the motion to dismiss filed by defendant Wendy Kelley is GRANTED. Document #41. Plaintiff's claims against Kelley are DISMISSED WITH PREJUDICE, and Kelley's name is removed as a party defendant.

DATED this 24th day of May, 2012.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE