# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

DEREK MAURICE PARKS, SR.                                                                        PLAINTIFF
ADC #128186

v.                         NO. 2:11CV00199 JLH/HDY

MS. JONES, Nurse, East Arkansas Regional
Unit, Arkansas Department of Correction; *et al.*                           DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's claims against defendants Jones, Loe, Reed, and Does are DISMISSED WITHOUT PREJUDICE, and the names of defendants Jones, Loe, Reed, and Does are removed as party defendants.

DATED this 11th day of June, 2012.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE