**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

DEREK MAURICE PARKS, SR.                                                                                         PLAINTIFF
ADC #128186

v.                                             NO. 2:11CV00199 JLH

CORIZON INC., *et al.*                                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. The motion for summary judgment filed by defendants Alisha Bell, Traci Ford, Renee Reese, and Denise Strickland is GRANTED. Plaintiff's complaint is dismissed. Document #66.

2. Plaintiff's complaint is DISMISSED WITH PREJUDICE with respect to his claims against defendants Corizon Inc., and Wendy Kelley, and DISMISSED WITHOUT PREJUDICE in all other respects.

3. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 12th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE