# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

DEREK MAURICE PARKS, SR.                                                                             PLAINTIFF
ADC #128186

v.                                           NO. 2:11CV00199 JLH

CORIZON INC., *et al.*                                                                               DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice with respect to plaintiff's claims against defendants Corizon Inc., and Wendy Kelley, and without prejudice in all other respects; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 12th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE